# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TREVOR MILLER, <br><br> Plaintiff, <br><br> v. <br><br> ENHANCED RECOVERY COMPANY, LLC, <br><br> Defendant. | Case No. 2:18-cv-01401-EAS-KAJ <br><br> District Judge: <br> Honorable Edmund A. Sargus <br><br> Magistrate Judge: <br> Honorable Kimberly A. Jolson <br><br> **NOTICE OF SETTLEMENT** |

**NOW COMES** Plaintiff, by and through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

Date: December 17, 2018

By:    /s/ Jeffrey S. Hyslip
Jeffrey S. Hyslip, Esq. (Ohio Bar No. 0079315)
Attorney for Plaintiff
HYSLIP & TAYLOR, LLC, LPA
3323 W. Diversey Avenue, Suite 5
Chicago, IL  60647
Phone: 312-380-6110
Fax: 312-361-3509
Email: jeffrey@lifetimedebtsolutions.com

2

**CERTIFICATE OF SERVICE**

 I hereby certify that on December 17, 2018, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's counsel upon the following:

Enhanced Recovery Company, LLC
C/o Rocky Landoll
8014 Bayberry Road
Jacksonville, FL 32256
rlandoll@ercbpo.com

                      s/ Jeffrey S. Hyslip