IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TREVOR MILLER,

    Plaintiff,

    v.

ENHANCED RECOVERY
COMPANY, LLC,

    Defendant.

Civil Action 2:18-cv-1401
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Jolson

## ORDER

This case has been reported settled.  **Counsel is directed to submit a status report regarding settlement via email to jolson_chambers@ohsd.uscourts.gov by February 18, 2019, unless the dismissal entry is received prior to that time.**

IT IS SO ORDERED.

Date:  December 18, 2018

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE